AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Yilun Chen,<br><br>*Plaintiff(s)*<br>v.<br>Florida International University Board of Trustees, In its official capacity,<br>Peggy Nolan, William Maguire, Alexandra Del Canto, In their individual capacities.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Florida International University　　　　　　　　　Alexandra Del Canto
Board of Trustees - PC 548　　　　　　　　　　　　Photography Instructor
Peggy Nolan, Museum Specialist - VH 118A; VH 216　American Heritage School
William Macguire, Professor - W10 105A　　　　　　12200 W. Broward Blvd.
Modesto A. Maidique Campus　　　　　　　　　　　Plantation, Florida 33325
11200 SW 8th Street, PC 548
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Freedland, Esq.　　　　　　　　Keith Altman, Esq.
Freedland Harwin Valori Ryan, PLLC　　　The Law Office of Keith Altman
110 SE Sixth Street, Ste. 2300　　　　　　33228 West 12 Mile Rd., Ste. 375
Fort Lauderdale, FL 33301　　　　　　　　Farmington Hills, MI 48334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: