UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22198-CIV-MARTINEZ

YILUN CHEN,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon a Defendant within 90 days after the filing of the complaint. This deadline has passed, and, to date, there is no indication in the court record that the Defendant has been served with the summons and complaint. Indeed, on the same day the complaint was filed, the Clerk notified Plaintiff that the summons could not be issued because it was defective. (*See* ECF No. 4). Moreover, on the same day, the Clerk also sent a letter to Plaintiff's counsel, Keith Altman, advising him that he is not a member of the Southern District of Florida Bar and could not appear or participate in this Court unless he filed a motion to appear *pro hac vice*, which he has not done. (ECF No. 5).

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 20, 2021**, Plaintiff shall SHOW CAUSE why this case should not be dismissed against Defendants for failure to perfect service of process. Additionally, Plaintiff's counsel, Keith Altman, SHOW CAUSE by filing proof of membership of the Southern District of Florida Bar or by filing a motion to appear *pro hac vice*. Failure to show good cause will result in the dismissal without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2021.

                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record