Michael Freedland, Esq.
Florida Bar # 128988
Freedland Harwin Valori Ryan, PLLC
110 SE Sixth Street, Suite 2300
Fort Lauderdale, Florida 33301
Telephone 954-467-6400
Michael@fhvlegal.com

Keith Altman, Esq. (pro hac vice to be applied for)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone 516-456-5885
kaltman@lawampmmt.com

Attorneys for Plainitff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION PLAINTIFF'S**

**YILUN CHEN,**   CASE:1:21-cv-22198
    **Plaintiff,**

V.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES, In its official capacity,**
**PEGGY NOLAN, WILLIAM MAGUIRE,**
**ALEXANDRA DEL CANTO, In their individual**
**Capacities.**
    **Defendants.**
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

    COMES NOW the Plaintiff and files this RESPONSE TO ORDER TO SHOW CAUSE and says,

1. Contemporaneously with this RESPONSE TO ORDER TO SHOW CAUSE, Plaintiff is filing a NOTICE OF DISMISSAL of this matter pursuant to F.R.C.P. 41(A)(1)(a).

2. The accompanying Voluntary Dismissal by Plaintiff is taken prior to the opposing party serving either an answer or a motion for summary judgment.

3. The subject matter of the ORDER TO SHOW CAUSE is Plaintiff's failure to serve Defendants within 90 days after the filing of the complaint. This deadline has passed, and the Defendants have not been served with the summons and complaint.

4. Additionally, Plaintiff's counsel, Keith Altman, has not yet filed proof of membership of the Southern District of Florida Bar or filed a motion to appear pro hac vice.

5. Undersigned counsel is aware that Attorney Altman has recently experienced significant health problems that have led to his seeking continuances in various other matters that are pending in federal courts wherein he is the attorney of record.

6. Undersigned counsel is unable to proceed with this matter in his own stead and, with Mr. Altman's full agreement and at Mr. Altman's request, counsel has filed the Notice of Voluntary Dismissal of this matter.

WHEREFORE, undersigned counsel responds to the court's Order To Show Cause by asking this court to permit the dismissal of this action without prejudice, pursuant to the Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Michael Freedland
**Michael Freedland, Esq.**
Florida Bar # 128988
Freedland Harwin Valori Ryan, PLLC
110 SE Sixth Street, suite 2300
Fort Lauderdale, Florida 33301
Telephone 954-467-6400
Michael@fhvlegal.com

CERTIFICATION OF SERVICE

I, Michael Freedland, Esq., hereby certify that I have served a copy of the foregoing NOTICE OF DISMISSAL on all counsel of record via the Court's electronic filing system. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Michael Freedland
Michael Freedland, Esq.

September 20, 2021