Michael Freedland, Esq.
Florida Bar # 128988
Freedland Harwin Valori Ryan, PLLC
110 SE Sixth Street, Suite 2300
Fort Lauderdale, Florida 33301
Telephone 954-467-6400
Michael@fhvlegal.com

Keith Altman, Esq. (pro hac vice to be applied for)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone 516-456-5885
kaltman@lawampmmt.com

Attorneys for Plainitff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION PLAINTIFF'S**

**YILUN CHEN,**                                         **CASE:1:21-cv-22198**

       **Plaintiff,**

**V.**

**FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES, In its official capacity,
PEGGY NOLAN, WILLIAM MAGUIRE,
ALEXANDRA DEL CANTO, In their individual
Capacities.**
       **Defendants.**
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

     COMES NOW the Plaintiff and files this NOTICE OF DISMISSAL and says,

1. Plaintiff hereby dismisses this matter pursuant to F.R.C.P. 41(A)(1)(a).

2. This Voluntary Dismissal by Plaintiff is taken prior to the opposing party serving either an answer or a motion for summary judgment.

Date: September 20, 2021

                    Respectfully Submitted,

/s/ Michael Freedland
**Michael Freedland, Esq.**
Florida Bar # 128988
Freedland Harwin Valori Ryan, PLLC
110 SE Sixth Street, suite 2300
Fort Lauderdale, Florida 33301
Telephone 954-467-6400
Michael@fhvlegal.com

/s/ Keith Altman
**Keith Altman, Esq.**
(pro hac vice to be applied for)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
516-456-5885
kaltman@lawampmmt.com

## CERTIFICATION OF SERVICE

      I, Michael Freedland, Esq., hereby certify that I have served a copy of the foregoing NOTICE OF DISMISSAL on all counsel of record via the Court's electronic filing system. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                    /s/ Michael Freedland
                    Michael Freedland, Esq.

September 20, 2021