UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22198-CIV-MARTINEZ**

YILUN CHEN,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(A)(1)(a). (ECF No. 8). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record